IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MICHAEL LOLLI AND AMY LOLLI | ) | Civil Action No.: 4:12-cv-2106-RBH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PARC MYRTLE WAVES, LLC a/k/a PARC and/or MYRTLE WAVES WATER PARK, | ) | |
| | ) | |
| Defendants. | ) | |
| MICHAEL LOLLI AND AMY LOLLI, his wife | ) | Civil Action No.: 4:12-cv-00637-RBH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PARC MANAGEMENT, LLC t/d/b/a MYRTLE WAVES WATER PARK and BURROUGHS & CHAPIN COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER OF CONSOLIDATION**

Based on the consent of the parties, it is hereby ordered that Civil Action Number 4:12-cv-2106-RBH and Civil Action Number 4:12-cv-00637-RBH be consolidated for discovery, trial, and all other purposes.

It is further ordered that hereinafter the Civil Action Number shall be 4:12-cv-2106-RBH. Moreover, the Conference and Scheduling Order previously filed by the Court in 4:12-cv-2106-RBH shall be the governing Scheduling Order, and the Conference and Scheduling Order filed in 4:12-cv-00637-RBH shall be null and void.

-1-

IT IS SO ORDERED.

Date: October 26, 2012                          <u>s/R. Bryan Harwell</u>
                                                            The Honorable R. Bryan Harwell
                                                            Judge

WE SO CONSENT:

***<u>s/ J. Dwight Hudson</u>***
J. Dwight Hudson
Fed. Bar No. 1993
Hudson Law Offices
1203-48th Avenue North, Suite 111
Myrtle Beach, SC  29577
(843) 692-9889
hudsonlaw@sc.rr.com
***Attorney for Plaintiffs***

***<u>s/ Shanna Milcetich Stephens</u>***
Shanna Milcetich Stephens
Fed. Bar No. 10240
Anderson Reynolds & Stephens, LLC
Post Office Box 87
Charleston, SC  29402
sstephens@arslawsc.com
***Attorney for Defendants***