IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| MICHAEL LOLLI AND AMY LOLLI<br><br>Plaintiffs,<br><br>vs.<br><br>PARC MYRTLE WAVES, LLC a/k/a PARC and/or MYRTLE WAVES WATER PARK,<br><br>Defendants. | Civil Action No.: 4:12-cv-2106-RBH |
| MICHAEL LOLLI AND AMY LOLLI, his wife<br><br>Plaintiffs,<br><br>vs.<br><br>PARC MANAGEMENT, LLC t/d/b/a MYRTLE WAVES WATER PARK and BURROUGHS & CHAPIN COMPANY, INC.,<br><br>Defendants. | Civil Action No.: 4:12-cv-00637-RBH |

**CONSENT ORDER OF CONSOLIDATION**

Based on the consent of the parties, it is hereby ordered that Civil Action Number 4:12-cv-2106-RBH and Civil Action Number 4:12-cv-00637-RBH be consolidated for discovery, trial, and all other purposes.

It is further ordered that hereinafter the Civil Action Number shall be 4:12-cv-2106-RBH. Moreover, the Conference and Scheduling Order previously filed by the Court in 4:12-cv-2106-RBH shall be the governing Scheduling Order, and the Conference and Scheduling Order filed in 4:12-cv-00637-RBH shall be null and void.

IT IS SO ORDERED.

Date: October 26, 2012                                         s/R. Bryan Harwell
                                                               The Honorable R. Bryan Harwell
                                                               Judge

WE SO CONSENT:


*s/ J. Dwight Hudson*
J. Dwight Hudson
Fed. Bar No. 1993
Hudson Law Offices
1203-48th Avenue North, Suite 111
Myrtle Beach, SC  29577
(843) 692-9889
hudsonlaw@sc.rr.com
*Attorney for Plaintiffs*


*s/ Shanna Milcetich Stephens*
Shanna Milcetich Stephens
Fed. Bar No. 10240
Anderson Reynolds & Stephens, LLC
Post Office Box 87
Charleston, SC  29402
sstephens@arslawsc.com
*Attorney for Defendants*